AO 458 (Rev. NJ 03/14) Notice of Appearance - Criminal

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES BREHENY<br>Defendant. | NOTICE OF APPEARANCE IN A<br>CRIMINAL CASE<br><br>Case No.   21-10197 |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:   __JAMES BREHENY__
Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s), as of the indicated year of admission, and that I am not the subject of suspension or disbarment from any Court.

**New Jersey**
Court(s)

**1989**
Year(s) of Admission

**5/19/2021**
Date

*Signature of Attorney*

Paul Brickfield
Print Name

**70 Grand Avenue, Suite 100**
Address

**River Edge, NJ 07661**
City, State, Zip Code

**pbrickfield@brickdonlaw.com**
Email Address

**(201) 488-7707**
Phone Number

**(201) 488-9559**
Fax Number